

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2018

No. 04-18-00265-CR

Felipe **HERNANDEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 17-12-03717-ZCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellant's appointed counsel filed an *Anders* brief. This court provided the pro se appellant with a copy of the record pursuant to his request filed October 30, 2018. The pro se appellant acknowledges he received a copy of the record on November 11, 2018. Pursuant to this court's order of November 1, 2018, appellant's pro se brief was due on or before December 17, 2018. On November 30, 2018, the pro se appellant filed his first motion for extension of time to file his brief. The pro se appellant did not ask for a specific date with regard to his extension. By order dated December 12, 2018, we granted the pro se appellant's first motion for extension of time, granting him an addition thirty days in which to file his brief. Based on our grant of thirty days, the pro se appellant's brief is currently due in this court on or before January 16, 2019. On December 10, 2018, the pro se appellant filed a second "first motion for extension of time to file appellant's pro se brief." In that document, the pro se appellant again requests a thirty-day extension of time from the original December 17, 2018 due date. Thus, it appears this motion was sent before the pro se appellant received our order granting his first request for an extension. As such, this second "first" motion is duplicative. Accordingly, we **DENY AS MOOT** appellant's pro se extension filed on December 10, 2018. **Appellant's pro se brief is currently due to be filed in this court on or before January 16, 2019.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court